# United States Court of Appeals
## For the First Circuit

No. 01-1538
No. 01-1570
No. 01-2325

SYSTEMS MANAGEMENT, INC.; VICTOR LABOY; JUAN AYALA;
JUAN ORTEGA; FORGET ME NOT SERVICES, INC.;
MARTIN RESTREPO; CESTLIO RODAS;
JOSE MIGUEL CRUZ; LUCIO ARDON,

Plaintiffs, Appellees/Cross-Appellants,

v.

KENNETH LOISELLE,

Defendant, Appellant/Cross-Appellee.

ERRATA SHEET

The opinion of this Court, issued on September 10, 2002, should be amended as follows.

On page 6, last line, insert a quotation mark before "pattern".